THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-102-GF-BMM |
| Plaintiff, | |
| vs. | |
| DONNA LEE BIGLEGGINS, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 17, 2023. (Doc. 141.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 16, 2023. (Doc. 136.) The United States accused Donna Bigleggins (Bigleggins) of violating her

conditions of supervised release 1) by committing another crime; 2) by consuming alcohol; 3) by failing to notify her probation officer of a change in residence; 4) by failing to report for substance abuse treatment on two separate occasions; and 5) by failing to report for substance abuse testing on two separate occasions. (Doc. 132.)

At the revocation hearing, Bigleggins admitted to violating the conditions of her supervised release 1) by committing another crime; 2) by consuming alcohol; 3) by failing to notify her probation officer of a change in residence; 4) by failing to report for substance abuse treatment on two separate occasions; and 5) by failing to report for substance abuse testing on two separate occasions. (Doc. 136.) Judge Johnston found that the violations that Bigleggins admitted proved to be serious and warranted revocation, and recommended that Bigleggins receive a custodial sentence of 7 months with no supervised release to follow. (Doc. 141.) Bigleggins was advised of her right to appeal and her right to allocute before the undersigned. (Doc. 136.) The violations prove serious and warrant revocation of Rosette's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 141) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Donna Lee Bigleggins be sentenced to the custody of

the United States Bureau of Prisons for 7 months with no supervised release to follow.

DATED this 22nd day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court